UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DERWIN BUTLER,

              Plaintiff,

     v.

M. OLIVEIRA, et al.,

              Defendants.

Case No.  14-cv-04926-VC (PR)

**ORDER OF TRANSFER**

Derwin Butler, a state prisoner currently incarcerated at Corcoran State Prison, has filed a civil rights action under 42 U.S.C. § 1983 complaining of his treatment by Defendants, who are employees at Corcoran.

The acts complained of in this complaint occurred at Corcoran, which is located in Kings County in the Eastern District of California.  Venue, therefore, properly lies in the Eastern District and not in this one.  *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court shall terminate all motions and transfer the case forthwith.

     **IT IS SO ORDERED.**

Dated:  January 2, 2015

_____

VINCE CHHABRIA
United States District Judge