UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN BUTLER,<br><br>             Plaintiff,<br><br>      vs.<br><br>M. OLIVEIRA, et al.,<br><br>             Defendants. | 1:15-cv-00041-GSA-PC<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER<br>(Doc. 7.)<br><br>THIRTY DAY DEADLINE |

**I.      BACKGROUND**

Derwin Butler ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on November 5, 2014, and the United States District Court for the Northern District of California.  (Doc. 1.)  On January 2, 2015, the case was transferred to the Eastern District of California.  (Doc. 4.)  On January 9, 2015, the court issued an order requiring Plaintiff to submit an application to proceed in forma pauperis on the court's form within thirty days.  (Doc. 7.)  The thirty day deadline has passed, and Plaintiff has not submitted the required application or otherwise responded to the court's order.

The court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, including dismissal of an action, based on the plaintiff's failure to comply with a court order.  Local Rule 110.

## II. ORDER TO SHOW CAUSE

Plaintiff is required to show cause why this case should not be dismissed for Plaintiff's failure to comply with the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiff shall file a written response to the court, showing cause why this case should not be dismissed for Plaintiff's failure to obey the Court's order of January 9, 2015; and
2. Plaintiff's failure to comply with this order will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: __March 17, 2015__          __/s/ Gary S. Austin__
                                                                UNITED STATES MAGISTRATE JUDGE